IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ELLEN JOHNSON,<br>    Plaintiff<br><br>vs.<br><br>PAYPAL CREDIT,<br>    Defendant | CIVIL ACTION<br><br><br><br>NO. 18-cv-01657(TJS) |

## NOTICE OF APPEARANCE

TO THE CLERK:

  Kindly enter my appearance as counsel for Plaintiff in the above captioned matter.

Date:  May 1, 2018         */s/ Andrew M. Milz*
                     ANDREW M. MILZ
                     Attorney for Plaintiff

                     **FLITTER MILZ, P.C.**
                     450 N. Narberth Avenue, Ste. 101
                     Narberth, PA 19072
                     (610) 822-0781