AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| Ellen Johnson | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 2:18-cv-1657-TJS |
| PayPal Credit | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

```
PAYPAL CREDIT d/b/a PAYPAL, INC.
C/O CT CORPORATION
818 W. 7TH STREET, SUITE 930
LOS ANGELES, CA 90017
```

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cary L. Flitter, Esq.
Flitter Milz, P.C.
450 N. Narberth Ave.
Suite 101
Narberth, PA 19072

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____4/19/2018_____     _____
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    2:18-cv-1657-TJS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **PayPal Credit**
was received by me on *(date)* **5/10/18**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Albert Damonte of CT Corporation / Registered Agent**, who is designated by law to accept service of process on behalf of *(name of organization)* **PayPal Credit** on *(date)* **5/15/18 @ 12:45pm** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ **45** for travel and $ **0** for services, for a total of $ **45—** .

I declare under penalty of perjury that this information is true.

Date: **5/15/18**

_____
*Server's signature*

**CARLOS ABREGO, L.A County RPS #6456**
*Printed name and title*

**14800 Rinaldi St. #24, Mission Hills CA. 91345**
*Server's address*

Additional information regarding attempted service, etc: